UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 12-cr-00059-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SERVILIO OSWALDO ESCOBAR,

    Defendant.

---

## ORDER

---

    This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, March 19, 2012,** and responses to these motions shall be filed by **Friday, March 30, 2012.** It is

    FURTHER ORDERED that a 3-day jury trial is set to commence on **Monday, April 16, 2012, at 9:00 a.m. in courtroom A-1002.** Finally, it is

    ORDERED that the parties shall promptly contact the Court if a hearing on motions and/or final trial preparation conference need to be set.

    Dated: February 15, 2012.

                                     BY THE COURT:

                                     s/ Wiley Y. Daniel
                                     WILEY Y. DANIEL
                                     Chief United States District Judge